JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-mj-00110-BNW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| DAHLAS COLEMAN, | (Third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Keisha Matthews, Assistant Federal Public Defender, counsel for Defendant, that the bench trial in the above-captioned matter, currently scheduled for November 15, 2023, at the hour of 9:00 a.m., be vacated and continued to a date and time to be set by this Honorable Court but no sooner than ninety (90) days.

This stipulation is entered into for the following reasons:

1. The witness for the Government's case-in-chief will be on annual leave on November 15, 2023.

3. Denial of this request for a bench trial continuance would prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the third request for continuance of the bench trial in this case.

DATED this    day of November, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ *Keisha Matthews*  /s/ *Imani Dixon*
KEISHA MATTHEWS, AFPD  IMANI DIXON
Counsel for defendant **COLEMAN**  Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 23-mj-00110-BNW |
| Plaintiff, | ORDER CONTINUING BENCH TRIAL |
| vs. | |
| DAHLAS COLEMAN, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for November 15, 2023, at the hour of 9:00 a.m., be vacated and continued to  February 21 , 2024, at the hour of  9:00 a.m.  am/pm.

DATED this  13  day of November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3