JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Bld. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Richard.colonna@usdoj.gov

*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAHLAS COLEMAN,<br><br>　　　　Defendant. | Case No. 2:23-mj-00110-BNW<br><br>**MOTION TO DISMISS CITATION** |

On July 3, 2022, Dahlas Coleman ("Plaintiff") was arrested for operating a motor vehicle under the influence of alcohol and/or drugs under 43 C.F.R. § 423.40(a) and N.R.S. § 484C.110(a) and for having an open container in his vehicle in violation of 43 C.F.R. 423.43 and N.R.S. 484B.150.1. On February 21, 2024, the parties entered into a pretrial diversion agreement: Coleman agreed to pay a fine of $500 dollars or complete 50 hours of community service, compete DUI school with a victim impact panel, complete an 8-hour online alcohol awareness class, not enter the Lake Mead National Recreational Area for a period of 6 months, and not have any adverse contact with law enforcement during the diversionary period.

On May 6, 2024, Assistant Federal Public Defender Matthews reached out to the office and showed proof of (1) proof of payment of the $500 fine; (2) a certificate of completion of the victim impact course; (3) certification of completion for the DUI course; and (4) certificate of completion for drug and alcohol awareness course. Based on the information known to the government, Coleman has complied with his conditions in a timely and diligent manner.

Based on Coleman's payment of the fine, completion of the DUI, alcohol awareness, and victim impact courses, avoidance of negative contact with law enforcement since the date of his arrest, nearly 23 months ago, his prompt fulfilment of the terms of the agreement, and his lack of a criminal history, the government moves to dismiss the citation ahead of the August 15, 2024, status date to the Court.

DATED this 29th day of May, 2024.

RENE L. VALLADARES
Federal Public Defender

By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

By /s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorney

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Bld. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: Richard.colonna@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00110-BNW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DAHLAS COLEMAN, | |
| Defendant. | |

The Court finds that the Defendant has complied with the terms of the pretrial diversion agreement and HEREBY ORDERS that the citation is dismissed.

DATED:   May 31, 2024

_____
U.S. MAGISTRATE JUDGE